IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-438-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**4.  HERIBERTO VERDUGO-LEYVA,**

        Defendant.

# ORDER

Kane, J.

Pursuant to and in accordance with the Sentencing Hearing held before me on this date, it is

**ORDERED** that the defendant, Heriberto Verdugo-Leyva, is sentenced to **time served.**

Dated this 4th day of September, 2014.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court